AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☑ Original ☐ Duplicate



CLERK'S OFFICE
A TRUE COPY
Feb 09, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  26-MJ-20
oral swab of DNA from Montrail BERRY )
(DOB: 07/12/1994) )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   Eastern   District of   Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   02/23/2026   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable William E. Duffin   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   02/09/2026 at 11:07 a.m.     */s/ William E. Duffin*
                                                                        *Judge's signature*

City and state:   Milwaukee, WI     Honorable William E. Duffin, U.S. Magistrate Judge
                                              *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br> Date: _____ <br><br> _____ <br> *Executing officer's signature* <br><br> _____ <br> *Printed name and title* |

## ATTACHMENT A
### Person to Be Searched

The search of Montrail BERRY's bodily substances that may constitute evidence of the commission of a crime, specifically, saliva.

## ATTACHMENT B
### Particular Things to be Seized

Montrail BERRY's saliva.

5

Case 2:26-mj-00020-WED   Filed 02/09/26   Page 4 of 10   Document 1

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
Feb 09, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 26-MJ-20 |
| oral swab of DNA from Montrail BERRY (DOB: 07/12/1994) | ) ) ) | |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

located in the     Eastern     District of     Wisconsin    , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(8) | Possession of Firearm by a Person Subject to Domestic Violence Protection Order |

The application is based on these facts:
Please see Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.*

           **Anthony Winkler**    Digitally signed by Anthony Winkler
           Date: 2026.02.06 11:10:00 -06'00'
*Applicant's signature*

Anthony Winkler, Special Agent - ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by    telephone    *(specify reliable electronic means)*.

Date: 02/09/2026

*Judge's signature*

City and state: Milwaukee, WI      Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Anthony Winkler, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant to collect an oral swab of DNA from Montrail BERRY (DOB: 07/12/1994).

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been since March 2016. Since August 2020, I have been assigned to Milwaukee Field Office and assigned to investigate federal firearm violations defined under Title 18 of the United States Code. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, cellular telephone extractions, interviews, and debriefs of arrested subjects. As a result of this training and investigative experience, I have learned how and why violent actors typically conduct various aspects of their criminal activities.

3. Information contained in this affidavit was either obtained directly by me or by other investigators who I believe to be truthful and credible. The facts in this affidavit come from personal observations, training and experience, and information obtained from other investigators and witnesses.

4. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

5. Based on the investigation to date, there is probable cause that Montrail BERRY (DOB: 07/12/1994) was involved in the criminal activity described below. More specifically,

there is probable cause to believe that on or about January 23, 2026, in Milwaukee County, in the Eastern District of Wisconsin, BERRY violated Title 18, United States Code, Section 922(g)(8) (Possession of Firearm by a Person Subject to Domestic Violence Protection Order).

**PROBABLE CAUSE**

6. On 01/23/2026, MPD officers responded to 3817 N. 27th Street, Milwaukee, WI, in response to multiple 911 calls of a subject with a weapon and also of neighbors fighting. Upon arrival officers saw the living quarters were in general disarray and there was blood on the floor of the living room. Officers learned the man (BERRY) and the woman (B.A.R.) had an established intimate/romantic relationship and were drinking alcohol that night, reminiscing about the death of a shared child.

7. MPD officers separated B.A.R. and BERRY and interviewed both subjects. B.A.R. told police she and BERRY were drinking alcohol and reminiscing about their 3-month-old child that had passed away. B.A.R. stated BERRY became angry and began choking B.A.R. with both hands to the point of impeded breathing. B.A.R. said that after BERRY stopped choking her, he began to hit her all over her body with a closed fist, causing her pain. B.A.R. then told officers BERRY picked up her firearm, described as a Taurus GX2, 9mm pistol bearing serial number AGN698219, which she kept close to her bed, pointed the firearm at her forehead and shouted profanities at her. B.A.R. attempted to take the firearm from BERRY and during the struggle, the firearm discharged a round into a nearby wall. B.A.R stated she was on a "Facetime" call with her mother, who then called the police. During the interview with BERRY, BERRY told the officers he was invited to B.A.R.'s residence and that he did nothing wrong. BERRY stated he had injuries to his face so he should not be arrested.

8. A records check of BERRY and B.A.R.'s prior domestic violence incidents produced multiple results. These results are shown in the following Milwaukee Police reports: C232600035 B.A.R. was the victim of battery where BERRY was the suspect. No charges were ultimately issued by the District Attorney. C2410120157 B.A.R. was the victim of Knowingly Violate a Domestic Abuse Order Injunction where BERRY was the suspect. No charges were ultimately issued by the District Attorney. C2410140172 B.A.R. was the victim of Knowingly Violate a Domestic Abuse Order Injunction. No charges were ultimately issued by the District Attorney. C2501010027 B.A.R. was the victim of Battery where BERRY was the suspect. No charges were ultimately issued by the District Attorney. C2502120053 B.A.R. was the victim of knowingly Violate a Domestic Abuse Order Injunction where BERRY was the suspect. This case was pended with the District Attorney. A check of the Wisconsin Circuit Court Access website (CCAP) showed case 2023FA003289 in which on June 12, 2023, the Circuit Court granted the petitioner's motion for Domestic Abuse Restraining Order effective until March 1, 2033. This 10-year Domestic Abuse Injunction includes a firearm prohibition that remains in effect. Court records indicate that BERRY was served with this injunction.

9. The above listed firearm and ammunition are being held as evidence at the Milwaukee Police Department evidence building. DNA swabs of the firearm have been taken and are currently being held at the Milwaukee Police Department evidence building. Based upon the information contained within this affidavit, I believe it is likely BERRY's DNA will be recovered from the above listed firearm.

## ATTACHMENT A
**Person to Be Searched**

The search of Montrail BERRY's bodily substances that may constitute evidence of the commission of a crime, specifically, saliva.

# ATTACHMENT B
## Particular Things to be Seized

Montrail BERRY's saliva.